```
YVETTE WEINSTEIN, TRUSTEE                    E-FILED: March 22, 2010
6450 SPRING MOUNTAIN RD., #14
LAS VEGAS, NV  89146
Telephone (702) 364-8919
Trustee in Bankruptcy
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 10-10040 MKN |
| DEMARCO, CHRISTOPHER ANTHONY | IN PROCEEDINGS UNDER CHAPTER 7 |
| | **TRUSTEE'S MOTION TO SELL PROPERTY BACK TO DEBTORS** |
| Debtor(s) | DATE:  April 28, 2010<br>TIME:  11:00 a.m.<br>PLACE: Foley Federal Building, Third Floor |

Comes Now United States Panel Trustee, Yvette Weinstein, and for her instant Motion alleges and states as follows:

1. The debtors filed their Chapter 7 petition for relief on January 5th, 2010.

2. Yvette Weinstein was appointed as the Chapter 7 Trustee and has served in that capacity ever since.

3. The Trustee seeks to sell a portion of debtors' estate pursuant to 11 U.S.C. Section 363 (B) for repayment of preference paid to insider for the sum of $2,100.00 at the rate of $300.00 per month, commencing on March 15th, 2010 and continuing for a period of seven (7) months until paid in full.

4. No further confirmation of this sale will be sought.

//

//

WHEREFORE, the Trustee prays that this Court grant the Motion for repayment of a preference paid to insiders such other and further relief as this Court may deem proper.

**DATED:**   March 22, 2010

                          */s/ Yvette Weinstein*
                          YVETTE WEINSTEIN, TRUSTEE