# United States Bankruptcy Court
## District of Nevada

Case No. **10–10040–mkn**
**Chapter 7**

In re: (Name of Debtor)
   CHRISTOPHER ANTHONY DEMARCO
   6879 TAMARUS STREET BULIDING 19 #104
   LAS VEGAS, NV 89119

Social Security No.:
   xxx–xx–9199

# FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐    CHRISTOPHER ANTHONY DEMARCO

IT IS ORDERED THAT YVETTE WEINSTEIN is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 10/26/11                                     BY THE COURT

                                                                         Mary A. Schott
                                                                         Clerk of the Bankruptcy Court